UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Paulo Pincaro, Melissa Nau, and Timothy L. Keiser, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Glassdoor, Inc.,<br><br>Defendant. | Civil Action No.: 1:16-cv-06870-ER<br><br>**DEFENDANT GLASSDOOR, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Glassdoor, Inc., certifies that Glassdoor, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  October 13, 2016

Respectfully submitted,

/s/ *Stephen L. Saxl*
Stephen L. Saxl
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: 212-801-9200; Fax: 212-801-6400
saxls@gtlaw.com

Ian C. Ballon (*pro hac vice application forthcoming*)
GREENBERG TRAURIG, LLP
1840 Century Park East
19th Floor
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800
ballon@gtlaw.com

Attorneys for Defendant Glassdoor, Inc.